OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

UNITED STATES POSTAGE

PITNEY BOWES

02 1R
0006557458

$ 00.26⁵

DEC 23 2014

MAILED FROM ZIP CODE 78701

12/16/2014

**BARRETO, ISAAC**          Tr. Ct. No. 007918-A          WR-82,606-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
[] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[] ILLEGIBLE WRITING
[] NEED INMATE FULL NAME
[] NOT ACCEPTED-NO RETURN ADDRESS

ISAAC BARRETO
TRAVIS CO. CORR. CEN - TDC # 1431513
3614 BILL PRICE RD.
DEL VALLE, TX 78617          REF

JAVRS3B  78617